

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00165-CV

| | | |
|---|---|---|
| Jennifer Simpson Black | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2012-02212) |
| v. | § | April 23, 2015 |
| Cheryl Dietzman d/b/a DS Bader & Associates | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Jennifer Simpson Black shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM